UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM WEAVER and <br> JUDY WEAVER <br><br> *Plaintiffs*, <br><br> v. <br><br> **3M COMPANY** a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al. <br><br> *Defendants*. | CIVIL ACTION NO. 5:22-CV-00116 |

## ORDER

This matter is before the Court on the parties' Consent Motion for Dismissal Without Prejudice of Defendant CSX Transportation, Inc., Plaintiffs William Weaver and Judy Weaver, by and through counsel, move for the entry of an order of dismissal of the claims against Defendant CSX Transportation, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant, CSX Transportation, Inc., are DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

This 24th day of August, 2022

_____
LOUISE W. FLANAGAN
United States District Judge